1  GIBSON, DUNN & CRUTCHER LLP
   JAMES P. FOGELMAN, SBN 161584
2  jfogelman@gibsondunn.com
   333 South Grand Avenue
3  Los Angeles, CA 90071-3197
   Telephone: 213.229.7234
4  Facsimile: 213.229.6234

5  MATTHEW S. KAHN, SBN 261679
   mkahn@gibsondunn.com
6  JENNA M. YOTT, SBN 251901
   jyott@gibsondunn.com
7  JOANNA L. POWELL, SBN 294427
   jpowell@gibsondunn.com
8  555 Mission Street, Suite 3000
   San Francisco, CA 94105-0921
9  Telephone: 415.393.8200
   Facsimile: 415.393.8306
10
   Attorneys for Defendants CROWN ACQUISITIONS,
11 INC., CROWN RETAIL SERVICES, LLC, CROWN
   RETAIL SERVICES, INC., BRITTANY HEATHER
12 BRAGG, HAIM S. CHERA, and RICHARD S. CHERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN SMITH-HAMS DRESSLER,<br><br>Plaintiff,<br><br>v.<br><br>CROWN ACQUISITIONS, INC., CROWN RETAIL SERVICES, LLC, CROWN RETAIL SERVICES, INC., BRITTANY HEATHER BRAGG, HAIM S. CHERA, RICHARD S. CHERA and DOES 1-10,<br><br>Defendants. | CASE NO. 15-5330<br><br>**DECLARATION OF MATTHEW S. KAHN IN SUPPORT OF NOTICE OF REMOVAL**<br><br>*[Removal from the Superior Court of California for the City and County of San Francisco, Case No. CGC-15-548565]* |

I, Matthew S. Kahn, declare as follows:

1. I am an attorney admitted to practice law before all courts of the State of California and in the United States District Court for the Northern District of California. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am counsel of record for Defendants Crown Acquisitions, Inc.; Crown Retail Services LLC; Crown Retail Services, Inc.; Brittany Heather Bragg; Haim S. Chera; and Richard S. Chera ("Defendants") in this matter. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Summons in *Lauren Smith-Hams Dressler v. Crown Acquisitions, Inc., Crown Retail Services, LLC, Crown Retail Services, Inc., Brittany Heather Bragg, Haim S. Chera, Richard S. Chera, and Does 1-10*, Case No. CGC-15-548565 ("*Dressler v. Crown*"), issued on October 21, 2015, in the Superior Court of California for the City and County of San Francisco.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Complaint filed in *Dressler v. Crown* on October 21, 2015, in in the Superior Court of California for the City and County of San Francisco.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Civil Case Cover Sheet filed in *Dressler v. Crown* on October 21, 2015, in the Superior Court of California for the City and County of San Francisco.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Notice to Plaintiff Regarding Case Management Conference issued in *Dressler v. Crown* on October 21, 2015, in the Superior Court of California for the City and County of San Francisco.

6. Attached hereto as **Exhibit E** is a true and correct copy of Plaintiff's Demand for Jury Trial filed in *Dressler v. Crown* on October 22, 2015, in the Superior Court of California for the City and County of San Francisco.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Answer filed in *Dressler v. Crown* on November 19, 2015, in the Superior Court of California for the City and County of San Francisco.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Summons in *Dressler v. Crown* that, on information and belief pursuant to the signature of the process server, was served on Defendants on October 26, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day of November 20, 2015 in San Francisco, California.

By: /s/ Matthew S. Kahn
Matthew S. Kahn